IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00115-M-12

UNITED STATES OF AMERICA

v.

TRAVIS EARL ATKINSON

ORDER

This matter comes before the court on Defendant's motion to seal [DE 679]. For good cause shown, the motion is GRANTED. The Clerk of Court is directed to maintain Docket Entry 678 under seal, and disseminate copies to counsel for the United States and Defendant.

SO ORDERED this 29th day of April, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE